United States District Court
Southern District of Texas
**ENTERED**
April 06, 2018
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-17-673 |
| | § | |
| SAMUEL AGREDANO | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 31). The court held a hearing on this motion and the evaluation report. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Interim Pretrial Conference is set for: | **July 9, 2018 at 11:00 a.m.** |
| Motions are to be filed by: | July 16, 2018 |
| Responses are to be filed by: | July 30 2018 |
| Pretrial conference is reset to**:** | **August 1, 2018 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 6, 2018 at 9:00 a.m.** |

SIGNED on April 6, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge